No. 567, Misc. REEVES v. RAGEN, WARDEN. Circuit Court of Iroquois County, Illinois. Certiorari denied.

No. 568, Misc. SCOTT v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 569, Misc. MICHAEL v. RAGEN, WARDEN. Criminal Court of Cook County and Supreme Court of Illinois. Certiorari denied.

No. 571, Misc. LUTZ v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 572, Misc. TERRY v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 573, Misc. GAMBONY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 575, Misc. DZAN v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 577, Misc. HAMILTON v. RAGEN, WARDEN. Circuit Court of Saline County and Supreme Court of Illinois. Certiorari denied.

*Rehearing Granted.*